IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LM INSURANCE CORPORATION**                                    **PLAINTIFF**

**V.**                                                        **NO.: 3:17-cv-00735-CWR-FKB**

**LACEY HUDDLESTON, JONATHAN HUDDLESTON
AND PENELOPE COOPER**                                              **DEFENDANTS**

## NOTICE OF SERVICE

Notice is hereby given that Plaintiff, LM Insurance Corporation has this date served in the above entitled action:

(X)      LM Insurance Corporation's Initial Disclosures

The undersigned retains the original of the above papers as custodian thereof.

This the 15th day of December, 2017.

                                                      Respectfully submitted,

                                                      LM INSURANCE CORPORATION

                                                      By: *s/ Richard T. Conrad III*
                                                          Clifford K. Bailey (MSB #1686)
                                                          Richard T. Conrad III (MSB #10648)

OF COUNSEL:

WELLS MARBLE & HURST, PLLC
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157
Telephone:  601-605-6900
Facsimile:  601-605-6901
Email:       fbailey@wellsmarble.com
                 rconrad@wellsmarble.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this day, a copy of the foregoing **Notice of Service** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Eduardo A. Flechas, Esq.
Flechas Litigation Group, PLLC
318 South State Street
Jackson, MS  39201
    *Attorney for Defendants, Lacey and Jonathan Huddleston*

Randy Wallace, Esq.
Robert Boyd & Associates
Post Office Box 1297
Clinton, MS  39060
    *Attorney for Defendant, Penelope Cooper*

This, the 15th day of December, 2017.

    *s/ Richard T. Conrad III*
    Richard Conrad