IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LM INSURANCE CORPORATION                                                              PLAINTIFF

V.                                                                                        NO.: 3:17-cv-735 CWR-FKB

LACEY HUDDLESTON, JONATHAN HUDDLESTON
AND PENLOPE COOPER                                                                  DEFENDANTS

**UNCONTESTED MOTION TO AMEND [10] CASE MANAGEMENT ORDER**

COMES NOW, the Plaintiff LM Insurance Corporation ("LM"), by and through its undersigned counsel, and files this Uncontested Motion to Amend [10] Case Management Order, and in support thereof would show the Court the following, to-wit:

1. All parties agree to amend the current expert designation and discovery deadlines by an extension of two (2) weeks. Plaintiff respectfully contends this request will not prejudice any party.

2. The parties and their counsel have all worked in good faith to conduct discovery in this matter. Yet due to scheduling issues, there is some discovery that remains, including the agreement to and entry of a Protective Order for the production of confidential, sensitive proprietary documents by the Plaintiff, for which the Plaintiff has requested a discovery conference with the Court.

3. The parties have conducted rounds of written discovery. In addition, the parties will conduct the deposition of the Plaintiff. Any other needed depositions will be set as soon as possible.

4. Currently, by text order, the deadline for designation of expert witnesses by Plaintiff is June 8, 2018. The deadline for Defendants is July 9, 2018. Plaintiff would respectfully request that the deadline for designation of expert witnesses be amended to allow Plaintiff an additional

two (2) weeks until June 22, 2018 to designate expert witnesses. In addition, Plaintiff would respectfully request that Defendants have until July 20, 2018 to designate expert witnesses.

5. Counsel for Plaintiff is mindful that this request may impact other deadlines currently set in the Court's Case Management Order. Therefore, Plaintiff also requests that the Court extend the discovery deadline two (2) weeks, until August 3, 2018. If Plaintiff's request impacts any other deadlines, Plaintiff respectfully requests that the parties have a Case Management Conference with the Court by telephone, to reset any other needed deadlines.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests the Court to grant its Uncontested Motion to Amend [10] Case Management Order to allow Plaintiff until June 22 2018 to designate expert witnesses, allow Defendants until July 20, 2018 to designate expert witnesses, and extend the discovery deadline until August 3, 2018, and for any and all additional relief deemed appropriate by this Honorable Court.

Respectfully submitted, this the 7th day of June, 2018.

                        LM INSURANCE CORPORATION

                        */s/ Richard T. Conrad III*
                        Clifford K. (Ford) Bailey, III (MSB #1686)
                        Richard T. Conrad III (MSB #10648)
                        ITS ATTORNEYS

OF COUNSEL:

WELLS MARBLE & HURST, PLLC
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157
Telephone: 601-605-6900
Facsimile: 601-605-6901
Email: fbailey@wellsmarble.com
      rconrad@wellsmarble.com

## CERTIFICATE OF SERVICE

I, Richard T. Conrad III, hereby certify that on this day I electronically filed the foregoing pleading with the Clerk of the Court using the Electronic Case Filing (ECF) system, which sent notification of such filing to the following:

Eduardo A. Flechas, Esq.
Flechas Litigation Group, PLLC
318 South State Street
Jackson, MS 39201
edflechas@aol.com

      COUNSEL FOR
      LACEY HUDDLESTON AND JONATHAN HUDDLESTON

Randy Wallace, Esq.
Robert Boyd and Associates PLLC
103 Woodchase Park Drive
Clinton, MS 39056
randywallace@boydattorneys.com

      COUNSEL FOR PENELOPE COOPER

SO CERTIFIED, this the 7th day of June, 2018.

                                */s/ Richard T. Conrad III*
                                Richard T. Conrad III